UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEION M. SKIDMORE HILL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELL CARE, et al.,<br><br>　　　　Defendants. | Case No.: 2:23-cv-00762-CDS-NJK<br><br>**ORDER**<br><br>(Docket No. 6) |

On June 15, 2023, this Court ordered plaintiff Keion Hill to either pay the full $402 filing fee for a civil action or file a new fully complete application to proceed *in forma pauperis* with all three required documents by August 14, 2023. Docket No. 4. Before that deadline expired, Plaintiff filed an application to proceed *in forma pauperis* that is incomplete because the financial certificate has not been completed and signed by Plaintiff and a prison or jail official, and because Plaintiff failed to include an inmate trust fund account statement for the previous six-month period with the application. Docket No. 6. Moreover, according to the Clark County Detention Center inmate database, Plaintiff is no longer housed at that facility.

Local Rule IA 3-1 states that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." Failure to comply with this rule "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.* Plaintiff filed his email address with the Court but has not filed his updated mailing address or telephone number. Further, Plaintiff's application to proceed *in forma pauperis* for an inmate is moot because he is no longer detained or incarcerated.

Accordingly, for the reasons stated above,

IT IS ORDERED that the application to proceed *in forma pauperis*, Docket No. 6, is **DENIED** without prejudice.

IT IS FURTHER ORDERED that, no later than **September 15, 2023**, Plaintiff must either pay the full $402 filing fee or file a new fully complete application to proceed *in forma pauperis* for non-inmates.

IT IS FURTHER ORDERED that, no later than **September 15, 2023**, Plaintiff must file his updated mailing address and telephone number with the Court.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice.  A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file his updated address and either file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is **INSTRUCTED** to send Plaintiff Keion M. Skidmore Hill the approved form application to proceed *in forma pauperis* for non-inmates and instructions for the same.

IT IS SO ORDERED.

DATED:  August 16, 2023.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE